United States District Court
Southern District of Texas
**ENTERED**
May 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:16-MJ-00521-1 |
| | § | |
| JACOB ANTONIO MONDRAGON | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the Defendant pending trial in this case:

(1)   There is a serious risk that the Defendant will not appear; and

(2)   There is a serious risk that the Defendant will endanger the safety of another person or the community.

The evidence against the Defendant is substantial. The Defendant is a convicted felon who admitted that the firearm involved in this case, manufactured in Florida and found in the home where he resided, belonged to him. The findings and conclusions contained in the Pretrial Services Report are adopted, supplemented by the testimony of the Defendant's father and mother. The Defendant has a very supportive family, but he was on bond for the felony offenses of possession of a controlled substance and tampering with evidence when he committed the instant offense. A basic condition of any bond is that no new offenses be committed. The Defendant's criminal history also reflects that he was previously unable to comply with court-ordered conditions of felony probation. The Defendant's possession of a firearm while on bond reflects that the

Defendant is either unwilling or unable to comply with court-ordered conditions of release.  Moreover, his father contacted him one day before his arrest and urged him to turn himself in; yet the Defendant failed to do so, and in fact he advised his father that the warrant was "nothing."  He is a poor bond risk.

The Defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 12th day of May, 2016.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE